UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:15-cr-12-01/02-SM |
| ) | |
| PANOS ELIOPOULOS, and ) | |
| KATIE ELIOPOULOS, ) | |
| a/k/a Katie Aubre ) | |

MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Indictment and supporting documents in the above-captioned case be sealed at Level I until such time as the defendants are taken into custody. Public disclosure of the indictment and supporting documents would give the defendants the opportunity to flee and may endanger the safety of law enforcement officers affecting the arrests.

Dated: February 11, 2015

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney
NH Bar 10222
53 Pleasant Street, 4th Floor
Concord, N.H. 03301
jennifer.davis@usdoj.gov
(603) 225-1552