UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:15-cr-12-01-SM |
| ) | |
| PANOS ELIOPOULOS ) | |
| ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 11th day of February, 2015.

This 11th day of February, 2015.

/s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney

Warrant Issued: _____