AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 FEB 13 AM 9 16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  Cr. No. 15- cr-12-01-SM |
| Panos Eliopoulos | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Panos Eliopoulos ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Offer Drug Paraphernalia for Sale; Conspiracy to Commit Money Laundering

Date: 2/12/2015

_Kathy DuPont_
Issuing officer's signature

City and state:   Concord, New Hampshire

Kathy DuPont, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 2/18/15 , and the person was arrested on *(date)* 2/18/15
at *(city and state)* Concord, NH .

Date: 2/18/15

_signature_
Arresting officer's signature

James Berry DUSM
Printed name and title