AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 FEB 13  AM 9 16

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  Cr. No. 15- cr-12-01-SM |
| Panos Eliopoulos | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Panos Eliopoulos,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Offer Drug Paraphernalia for Sale; Conspiracy to Commit Money Laundering

Date: 2/12/2015

*Issuing officer's signature*

Kathy DuPont, Deputy Clerk
*Printed name and title*

City and state: Concord, New Hampshire

---

**Return**

This warrant was received on *(date)* 2/18/15, and the person was arrested on *(date)* 2/18/15
at *(city and state)* Concord, NH.

Date: 2/18/15

*Arresting officer's signature*

Jamie Berry DUSM
*Printed name and title*