rec'd DPT 2/20/15

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

COLLATERAL RECEIPT AND ACKNOWLEDGMENT OF RETURN

United States of America

v.

Case No. 15-cr-12-01-SM

Panos Eliopoulas

## COLLATERAL RECEIPT

Name and Address of Submitting Party: C/O US Probation Officer Steven Searo

This document must be presented to the Clerk's Office to allow release of any collateral following a court order. **Please retain your copy.**

Receipt is hereby acknowledged of the following:

U.S. Passport No. 424457556
Name: Panagiotes John Eliopoulos
Expires: 3 Jun 2017

Date: 2/19/15

_____
Deputy Clerk
CHARLI M. PAPPAS

Distribution of Form:
Original - Collateral Receipt Folder    Yellow - Submitting Party    Pink - Case File
************************************************************

### ACKNOWLEDGMENT OF RETURN OF COLLATERAL

Receipt is acknowledged of the collateral listed above.

Received By:

Date: _____          _____
                                                Signature

USDCNH-52 (2/96)

6