UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                          )
UNITED STATES OF AMERICA        )
                                          )
V.                                         )          CR. NO. 15-CR-00012-SM
                                          )
 KATIE ELIOPOULOS                )
                                          )
_____ )

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE

The defendant requests that this Court issue an Order continuing the trial in this case

from the two week period beginning April 21, 2015 for at least 60 days.  Grounds follow:

The defendant was arraigned on February 18, 2015, and the trial was set for the two week

period beginning April 21, 2015.

The defendant needs additional time to prepare her defense.

AUSA Jennifer Davis assents to this motion.

Attorney Charles Keefe, counsel for the co-defendant, assents to this motion.

The defendant agrees to waive her right to speedy trial with respect to any delay caused

by the granting of this motion.  A fully executed waiver will be forthcoming under a separate

heading.

No memorandum of law is necessary to the resolution of the issues raised herein.

WHEREFORE the defendant requests that this Court issue an Order continuing the trial

from the two week period beginning April 21, 2015 for at least 60 days.

Respectfully submitted,
Katie Eliopoulos
By Her Attorney,

1

Date: April 6, 2015                                  /s/ Jonathan R. Saxe
                                                     Jonathan R. Saxe
                                                     N.H. Bar No. 8226
                                                     Assistant Federal Defender
                                                     Federal Defender Office
                                                     22 Bridge Street
                                                     Concord, NH 03301
                                                     Tel. (603) 226-7360
                                                     E-mail: jonathan_saxe@fd.org

## CERTIFICATE OF SERVICE

        I hereby certify that the above document was served on April 6, 2015  to all counsel of record and in the manner specified herein: electronically served through ECF.

                                                     /s/ Jonathan R. Saxe
                                                     Jonathan R. Saxe
                                                     N.H. Bar No. 8226
                                                     Assistant Federal Defender
                                                     Federal Defender Office
                                                     22 Bridge Street
                                                     Concord, NH 03301
                                                     Tel. (603) 226-7360
                                                     E-mail: jonathan_saxe@fd.org