```
                 UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

       v.                         Case No. 15-cr-12-01/02-SM

Panos Eliopoulos and
Katie Eliopoulos,
    Defendants


O R D E R


    Defendant Katie Eliopoulos' Assented to Motion to Continue the trial for 60 days, (document no. 13) is granted.  Trial has been rescheduled for June 16, 2015.  Defendant Katie Eliopoulos shall file a waiver of speedy trial rights not later than April 16, 2015.  On the filing of such waiver, the continuance shall be effective.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 2, 2015 at 10:30 a.m.

Jury selection will take place on June 16, 2015 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
U.S. District Judge

April 6, 2015

cc: Jonathan Saxe, Esq.
    Charles Keefe, Esq.
    Jennifer C. Davis, AUSA
    U.S. Marshal
    U.S. Probation