```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

       v.                    Case No. 15-cr-12-01/02-SM

Panos Eliopoulos and
Katie Eliopoulos,
    Defendants

O R D E R

Defendant Panos Eliopoulos' Assented to Motion to Continue the trial (document no. 16) is granted.  Trial has been rescheduled for September 15, 2015.  Defendant Panos Eliopoulos shall file a waiver of speedy trial rights not later than June 1, 2015.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 2, 2015 at 2:00 p.m.

Jury selection will take place on September 15, 2015 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                              U.S. District Judge

May 26, 2015

cc: Jonathan Saxe, Esq.
    Charles Keefe, Esq.
    Jennifer C. Davis, AUSA
    U.S. Marshal
    U.S. Probation