```
               UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

       v.                        Case No. 15-cr-12-01/02-SM

Panos Eliopoulos and
Katie Eliopoulos,
    Defendants


O R D E R


Defendant Panos Eliopoulos' Assented to Motion to Continue the trial (document no. 20) is granted. Trial has been rescheduled for October 20, 2015. Defendant Panos Eliopoulos shall file a waiver of speedy trial rights not later than September 24, 2015.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 7, 2015 at 11:30 a.m.

Jury selection will take place on October 20, 2015 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                              U.S. District Judge

September 14, 2015

cc: Jonathan Saxe, Esq.
    Charles Keefe, Esq.
    Jennifer C. Davis, AUSA
    U.S. Marshal
    U.S. Probation