UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                    Case No. 15-cr-12-01/02-SM

Panos Eliopoulos and
Katie Eliopoulos,
    Defendants

O R D E R

Defendant Panos Eliopoulos' Assented to Motion to Continue the trial until after January 1, 2016, is granted (document no. 22). Trial has been rescheduled for the January 20, 2016, trial period. Defendant Panos Eliopoulos shall file a waiver of speedy trial rights not later than October 19, 2015.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 6, 2016 at 2:30 p.m.

Jury selection will take place on January 20, 2016, at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
U.S. District Judge

October 6, 2015

cc: Jonathan Saxe, Esq.
    Charles Keefe, Esq.
    Jennifer C. Davis, AUSA
    U.S. Marshal
    U.S. Probation