UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
v.  No. 1:15-CR-00012-01-SM

Panos Eliopoulos

### DEFENDANT'S WAIVER OF SPEEDY TRIAL SUBMITTED IN SUPPORT OF ASSENTED-TO MOTION TO CONTINUE

**NOW COMES**, Panos Eliopoulos, the Defendant in the above-captioned matter and waives his right to a speedy trial on the above-referenced indictment in this case for purpose of this continuance. In support, the defendant asserts as follows:

1. I, Panos Eliopoulos, understand that I have a constitutional right to a speedy and public trial with respect to the charges currently pending against me in this case; and

2. That this right is guaranteed to me by the Fifth Amendment to the U.S. Constitution; and

3. That I am knowingly, intelligently and voluntarily waiving this right for the purpose of my pending request for a continuance of the October 20, 2015, Jury Selection/Trial.

Respectfully submitted:

Date: 10-16-15

_____
Panos Eliopoulos


By his attorneys,

WILSON, BUSH, DURKIN & KEEFE


Dated: 10/16/15

_____
Charles J. Keefe
184 Main Street, Suite 222
Nashua, New Hampshire 03060
(603) 595-0007
NH Bar No.: 14209


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Waiver of Speedy Trial in Support of Assented-to Motion to Continue was this date forwarded to Jennifer Davis, Esquire, Assistant U.S. Attorney.

Dated: 10/16/15

_____
Charles J. Keefe