UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                v.

                                        Case No.  15-cr-12-01/02-SM

Panos Eliopoulos and
Katie Eliopoulos,
        Defendant

O R D E R

Defendant Katie Eliopoulos' Assented to Motion to Continue the January 20, 2016, trial

for sixty days is granted (document no. 25).   No further continuances absent genuinely

extraordinary circumstances.  Trial is reset for the month of March, 2016.   Defendant Katie

Eliopoulos shall file a waiver of speedy trial rights not later than December 28, 2015.

        The Court finds that the ends of justice served by granting a continuance outweigh the

best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B),

in that failure to grant a continuance would deny the defendant the reasonable time necessary for

effective preparation taking into account the exercise of due diligence under the circumstances.

        Final Pretrial Conference is rescheduled for March 2, 2016 at 11:30 a.m.

        Jury selection will take place on March 15, 2016 at 9:30 a.m.

        SO ORDERED.

                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge

December 15, 2015

cc:     Jonathan Saxe, Esq.
        Charles Keefe, Esq.
        Jennifer C. Davis, AUSA
        U.S. Marshal
        U.S. Probation