UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED

2015 DEC 30  A 11: 48

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 15-CR-00012-SM |
| ) | |
| KATIE ELIOPOULOS ) | |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Katie Eliopoulos, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from the two week period beginning January 20, 2016, for at least 60 days. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on December 15, 2015 by my attorney, AFD Jonathan R. Saxe.

Respectfully submitted,
Katie Eliopoulos,

Date: 12-21-2015

*Katie Eliopoulos*
KATIE ELIOPOULOS