UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DISTRICT COURT
DISTRICT OF N.H.
FILED

2016 MAR -7 P 12: 26

UNITED STATES OF AMERICA

v.                                                  CR. 1:15-CR-00012-01-SM

___PANOS ELIOPOULOS_____

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE

## ACCEPTANCE OF GUILTY PLEA IN A FELONY CASE

I, the defendant in the above-captioned criminal case, understand that I have a

right to have a United States District Judge accept my guilty plea.  I hereby waive that

right and voluntarily consent to have Magistrate Judge Landya B. McCafferty conduct

the Rule 11 colloquy and acceptance of a guilty plea.  I also understand that the United

States District Judge assigned to my case will preside over my sentencing.

Date: ___3/2/16_____        _____
                                                           Defendant

Date: ___3/4/16_____        _____
                                                           Counsel for Defendant

USDCNH-27 (5/13/10)