AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
) Case No. 1:15-CR-00012-01-SM
Panos Eliopoulos )
*Defendant* )

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A ~~MISDEMEANOR~~ FELONY CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

Jennifer Cole Davis
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

Charles J. Keefe                                _____
*Printed name of defendant's attorney (if any)*      *Signature of defendant's attorney (if any)*

Date: _____        Approved by: _____
                                                    *Magistrate Judge's signature*