AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 10 2016

FILED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-cr-12-01-SM |
| Panos Eliopoulos | ) | |
| *Defendant* | ) | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

Jennifer C. Davis, Assistant U.S. Attorney
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Charles J. Keefe, Esq.
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: 03/10/2016      Approved by: _Andrea K. Johnstone_
*Magistrate Judge's signature*