UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
    v.                                    No. 1:15-CR-00012-01-SM

Panos Eliopoulos

ASSENTED-TO MOTION TO CONTINUE

      NOW COMES the Defendant, Panos Eliopoulos, by and through counsel, and moves this Honorable Court to continue Sentencing for two weeks, as the Court's docket permits. In support of this, the Defendant states as follows:

    1.    This matter is scheduled for Sentencing on June 14, 2016, at 10:00 a.m.

    2.    On June 14, 2016, counsel for the Defendant is scheduled to commence a jury trial before the Rockingham County Superior Court in the matter of State v. Murphy. The trial in Murphy is anticipated to last the entire week.

    3.    Counsel for the Defendant has contacted Assistant United States Attorney Jennifer Davis who assents to the relief requested in this motion.

      WHEREFORE, the Defendant prays for the following relief:

    A.    To continue Sentencing for two weeks, as the Court's docket permits;

    B.    For such other relief the Court deems equitable and just.

Respectfully submitted,

Panos Eliopoulos
By his attorneys,

WILSON, BUSH, DURKIN & KEEFE

Dated:  June 7, 2016         /s/  Charles J. Keefe_____
Charles J. Keefe
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
NH Bar No.:  14209
keefe@wbdklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Assented-to Motion to Continue was this date forwarded to Jennifer C. Davis, Esquire, through ECF.

Dated:  June 7, 2016         /s/  Charles J. Keefe_____
Charles J. Keefe