Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 29 2016

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Panos Eliopoulos
Defendant

Case Number: 15-CR-12-01-AJ

I, Panos Eliopoulos, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: _____

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)