UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.          No. 1:15-CR-00012-01-SM

Panos Eliopoulos

## STATEMENT OF CONCURRENCE

NOW COMES the Defendant, Panos Eliopoulos, by and through his counsel, Charles J. Keefe, and hereby notifies the Court that he has contacted Assistant United States Attorney Jennifer Davis, and United States Probation Officer Timothy Merna, who assent to the relief requested in the Defendant's Motion for Return of Property relative to his United States passport.

    Respectfully submitted,

    Panos Eliopoulos
    By his attorneys,

    WILSON, BUSH & KEEFE

Dated:  September 8, 2016      /s/ Charles J. Keefe
    Charles J. Keefe
    378 Main Street
    Nashua, New Hampshire 03060
    (603) 595-0007
    NH Bar No.:  14209
    keefe@wbdklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Statement of Concurrence was this date forwarded to Jennifer Davis, Esquire, Assistant U.S. Attorney, to Jonathan Saxe, Esquire, and to Timothy Merna, USPO.

Dated:  September 8, 2016      /s/ Charles J. Keefe
    Charles J. Keefe