```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>USA</u>

      v.                                  Criminal No. 15cr12-01-AJ

<u>Panos Eliopoulos</u>

<u>ORDER RE RETURN OF POSTED COLLATERAL</u>

Judgment having been rendered in the above-captioned case the Clerk is directed to return to Panos Elioploulos US Passport No. 424457556 surrendered as a condition of bail.

SO ORDERED.

                                                        _____
                                                        Andrea K. Johnstone
                                                        United States Magistrate Judge

Date: September 16, 2016

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Charles J. Keefe, Esq.
      Panos Eliopolous