RECEIPT # 0407

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FEB 19 2015

FILED

rec'd 2/20/15

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

COLLATERAL RECEIPT AND ACKNOWLEDGMENT OF RETURN

United States of America

v.

Panos Eliopoulos

Case No. 15-cr-12-01-SM

## COLLATERAL RECEIPT

Name and Address of Submitting Party: C/O US Probation Officer Steven Sicero

2016 SEP 21 P 58
U.S. DISTRICT COURT
DISTRICT OF NH
FILED

This document must be presented to the Clerk's Office to allow release of any collateral following a court order. **Please retain your copy.**

Receipt is hereby acknowledged of the following:

U.S. Passport No. 424457556
Name: Panagiotes John Eliopoulos
Expires: 3 Jun 2017

Date: 2/19/15

_____
Deputy Clerk
CHARLA M PAPPAS

Distribution of Form:
Original - Collateral Receipt Folder    Yellow - Submitting Party    Pink - Case File
*************************************************************

**ACKNOWLEDGMENT OF RETURN OF COLLATERAL**

Receipt is acknowledged of the collateral listed above.

Date: 9/21/16

Received By: _____
Signature

USDCNH-52 (2/96)